IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**BRENDA K. JACKSON**                                                                                        **PLAINTIFF**

**v.**                                                                             **CIVIL ACTION NO. 3:13-CV-267-CWR-FKB**

**COMMISSIONER OF SOCIAL**                                                                **DEFENDANT**
**SECURITY**, Carolyn W. Colvin

## ORDER ADOPTING REPORT AND RECOMMENDATION

The above-styled matter is before the Court on the Report and Recommendations of Magistrate Judge F. Keith Ball. [18]. On September 26, 2014, Judge Ball recommended that Defendant's Motion to Dismiss for Failure to Prosecute [16] should be granted, and pursuant to Rule 72(a)(3) of the *Local Uniform Civil Rules of the United States District Courts for the Northern District of Mississippi and the Southern District of Mississippi*, advised the parties that objections, if any, must be filed within 14 days of being served with a copy of the Report and Recommendation. [18]. That period has expired, and neither party has voiced any objection.

The findings of fact and conclusions of law contained within the Report and Recommendations are, therefore, adopted fully herein by reference, and the Defendant's motion is hereby GRANTED.

**SO ORDERED**, this the 15th day of October, 2014.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE